# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 10, 2018

SEAN F. McAVOY, CLERK

THE CINCINNATI SPECIALTY UNDERWRITERS
INSURANCE COMPANY, an Ohio corporation,

_____

*Plaintiff*

v.

MILIONIS CONSTRUCTION, INC., a Washington
corporation; STEPHEN MILIONIS, an individual; and
JEFFREY WOOD and ANNA WOOD, husband and wife,
and the marital community composed thereof,

_____

*Defendant*

)
)
)
)
)
)

Civil Action No.   2:17-CV-00341-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

✔ other:  Plaintiff's Motion for Partial Summary Judgment Re Bad Faith, Insurance Fair Conduct Act, And
          Consumer Protection Act (ECF No. 81) is GRANTED IN PART AND DENIED IN PART.
          Judgment is entered for Plaintiff on Defendants' Insurance Fair Conduct Act counterclaims.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

✔ decided by Judge   SALVADOR MENDOZA, JR. _____ on a Motion for Partial Summary
  Judgment.

Date:  12/10/2018 _____

*CLERK OF COURT*

SEAN F. McAVOY
_____

s/ Allison Yates
_____
*(By) Deputy Clerk*

Allison Yates
_____