FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 23, 2020

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE CINCINNATI SPECIALITY UNDERWRITERS INSURANCE COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>MILIONIS CONSTRUCTION, INC., a Washington corporation; STEPHEN MILIONIS, an Individual; and JEFFREY WOOD and ANNA WOOD, husband and wife, and the marital community composed thereof,<br><br>Defendants. | No. 2:17-cv-00341-SMJ<br><br>**ORDER DISMISSING CASE** |

On January 17, 2020, the parties filed a stipulated dismissal, ECF No. 193. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

    **1.** The parties' Expedited Stipulated Motion for and Order of Dismissal Without Prejudice, **ECF No. 193**, is **GRANTED**.

    **2.** All remaining claims (*i.e.*, Defendants Woods' claims for bad faith and violation of the Consumer Protection Act), are **DISMISSED**

ORDER DISMISSING CASE **-** 1

**WITHOUT PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

3. This dismissal shall not affect the Woods' ability to appeal the dismissal of their counterclaims on summary judgment (*i.e.*, the Woods' assigned claims for breach of contract and violation of the Insurance Fair Conduct Act).

4. All pending motions are **DENIED AS MOOT**.

5. All hearings and other deadlines are **STRICKEN**.

6. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 23rd day of January 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE **-** 2